Query | Reports | Utilities | Help | What's New | Log Out

# United States District Court
# Eastern District of Wisconsin (Milwaukee)
# CRIMINAL DOCKET FOR CASE #: 2:25-cr-00031-PP-1

Case title: USA v. Rentas-Espada et al                Date Filed: 02/25/2025

Assigned to: Chief Judge Pamela Pepper

**Defendant (1)**

**Jonathan Rentas-Espada**
*YOB 1992*
*also known as*
Forty

| **Pending Counts** | **Disposition** |
|---|---|
| 21:846, 841(a)(1), and 841(b)(1)(A)-CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE (1) | |
| 21:841(a)(1), 841(b)91)(C) and 18(a)-CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE (2) | |
| 21:841(a)(1), 841(b)(1)(C) and 182(a)-CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE (3) | |
| 21:841(a)(1), 841(b)(1)(C), and 182(a)-CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE (4) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

---

**Plaintiff**

**USA**    represented by    **Robert Joseph Brady**
United States Department of Justice (ED-WI)
Office of the US Attorney
517 E Wisconsin Ave - Rm 530
Milwaukee, WI 53202
414-297-1724
Fax: 414-297-1738
Email: robert.brady@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/25/2025 | 1 | SEALED INDICTMENT as to Jonathan Rentas-Espada (1) count(s) 1, 2, 3, 4 and Nestor Figueroa-Arriaga (2) count(s) 1, 2, 3. (edr) (Additional attachment(s) added on 2/26/2025: # 1 Unredacted Indictment, # 2 Information Sheet) (edr). (Attachment 2 replaced on 2/28/2025) (edr). Unsealed on 4/3/2025 pursuant to 3 Order. (amb). (Entered: 02/26/2025) |
| 04/03/2025 | 2 | MOTION to Unseal Indictmentby USA as toJonathan Rentas-Espada, Nestor Figueroa-Arriaga. (Attachments: # 1 Text of Proposed Order)(amb) |
| 04/03/2025 | 3 | ORDER signed by Magistrate Judge Stephen C Dries on 4/3/2025 GRANTING 2 Motion to Unseal Indictment as to Jonathan Rentas-Espada (1), Nestor Figueroa-Arriaga (2). (cc: all counsel) (amb) |